No. 11–9193. FLEMMING *v.* VELARDI ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–9197. FREEMAN *v.* BYRNE ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9199. FORTSON *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–9200. GUERRA *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 11–9201. HARDRICK *v.* LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9204. HERNANDEZ *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–9205. HALL, AKA REDDITT *v.* BALLARD, DISTRICT ATTORNEY, FAYETTE COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 11–9206. HOYT *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–9208. GARCIA *v.* SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9213. MAMISSA E. *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 11–9216. CARICO *v.* WOODS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9217. SMITH *v.* LASSITER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–9220. ELLISON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 11–9221. ROBERTSON *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–9222. GARCIA *v.* McDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.